

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| CITY OF EL PASO D/B/A EL PASO WATER UTILITIES, | § | No. 08-18-00127-CV |
|  |  | Appeal from |
| Appellant, | § |  |
|  |  | County Court at Law No. 7 |
| v. | § |  |
|  |  | of El Paso County, Texas |
| MESHAWN PARKER, | § |  |
|  |  | (TC # 2018DCV0713) |
| Appellee. | § |  |

## MEMORANDUM OPINION

The City of El Paso d/b/a El Paso Water Utilities has filed a motion to dismiss its appeal.

*See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Appellee's motion to

dismiss is denied as moot. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

September 26, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.